263-11/JJW
John J. Walsh
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
BOUCHARD TRANSPORTATION CO., INC.
and B. NO. 242 CORPORATION
80 Pine Street, 24th Floor
New York NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BOUCHARD TRANSPORTATION CO., INC.        Civ.
and B. NO. 242 CORPORATION,

          Plaintiffs,            **RULE 7.1 STATEMENT**

v.

NUSTAR ENERGY SERVICES, INC.

          Defendant.
-----------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bouchard Transportation Co., Inc. and the B. NO. 242 Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date: September 14, 2011**

                                                          Signature of Attorney